UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALL SAINTS' EPISCOPAL CHURCH | § § § | |
| Plaintiff, | § § | No._____ |
| v. | § § | |
| THE RT. REV. JACK LEO IKER | § § § | |
| Defendant. | § | |

PLAINTIFF ALL SAINTS' EPISCOPAL CHURCH'S
CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.1, Plaintiff All Saints' Episcopal Church submits this Certificate of Interested Persons and states that has no parent corporation and that no publicly held corporation owns 10% or more of its stock.  The following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of the case:

1. All Saints' Episcopal Church

2. The Rt. Rev. Jack Leo Iker

Plaintiff will amend its Certificate of Interested Persons as may be appropriate to reflect additional relevant information as it is acquired.

Dated: October 18, 2010

2

Respectfully submitted,

  /s/ Anne Michels
| Anne Michels | 18863600 |
| Michael Kim | 24039960 |
| Frank Gilstrap | 07964000 |

HILL GILSTRAP, P.C.
1400 West Abram Street
Arlington, Texas 76013
(817) 261-2222
(817) 861-4685 (fax)

ATTORNEYS FOR PLAINTIFF
ALL SAINTS' EPISCOPAL CHURCH