UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALL SAINTS' EPISCOPAL CHURCH | § § § | |
| Plaintiff, | § § | No._____ |
| v. | § § | |
| THE RT. REV. JACK LEO IKER | § § § | |
| Defendant. | § | |

PLAINTIFF ALL SAINTS' EPISCOPAL CHURCH'S
NOTICE OF RELATED CASES

Pursuant to Local Rule 3.3, Plaintiff All Saints' Episcopal Church files this Notice of Related Cases and states that civil action styled *Episcopal Diocese of Fort Worth v. The Rt. Rev. Jack Leo Iker,* Civil Action No. 4:10-CV-00700-Y, currently pending before the Honorable Terry R. Means in the United States District Court Northern Division, Fort Worth and civil action styled *The Episcopal Church et al. v. Franklin Salazar et al.,* Cause No. 141-237105-09, currently pending before the Honorable John P. Chupp in the 141st Judicial District Court of Tarrant County.

Dated: October 18, 2010

2

Respectfully submitted,

/s/ Anne Michels
Anne Michels         18863600
Michael Kim          24039960
Frank Gilstrap       07964000

HILL GILSTRAP, P.C.
1400 West Abram Street
Arlington, Texas 76013
(817) 261-2222
(817) 861-4685 (fax)

ATTORNEYS FOR PLAINTIFF
ALL SAINTS' EPISCOPAL CHURCH